830

No. 211.  St. Paul Fire & Marine Insurance Co. v. Chicago Union Station Co.  C. A. 7th Cir.  Certiorari denied.  *Ernest Schein* for petitioner.  *Erwin W. Roemer* and *James A. Velde* for respondent.

No. 214.  Mastros v. United States.  C. A. 3d Cir.  Certiorari denied.  *Jacob Kossman* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 215.  Goldstein v. United States.  C. A. 2d Cir.  Certiorari denied.  *Arthur D. Goldstein* and *Samuel Goldstein* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for the United States.

No. 216.  National Bank of Detroit v. Wayne Oakland Bank et al.  C. A. 6th Cir.  Certiorari denied.  *John Lord O'Brian, Charles A. Horsky, Robert E. McKean* and *Stanley L. Temko* for petitioner.  *Solicitor General Rankin* for the Comptroller of the Currency, and *Sherwin A. Hill, Edward T. Goodrich, N. Barr Miller* and *Roy E. Brownell* for the Wayne Oakland Bank, respondents.

No. 221.  Costello v. United States; and
No. 224.  Cannella v. United States.  C. A. 8th Cir.  Certiorari denied.  *Morris A. Shenker* and *Sidney M. Glazer* for petitioner in No. 221.  *Bernard J. Mellman* for petitioner in No. 224.  *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.  Reported below: 255 F. 2d 389.